IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:05CR3004 |
| | ) | |
| v. | ) | |
| | ) | |
| TAMMY LYNN HAMILTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On September 8, 2011, the defendant appeared in person with her attorney, John Vanderslice. The United States was represented by Janice Lipovsky, Assistant United States Attorney. Defendant admits she violated a mandatory condition of her terms and conditions of supervised release. The Court finds that the admission is knowing, intelligent, and voluntary and there is a factual basis for the admission and finds the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender Under Supervision (filing 44). The disposition hearing was also held on September 8, 2011.

     IT IS ORDERED: Defendant's term of supervised release is not revoked and defendant will continue her supervised release on the same terms and conditions as previously imposed in the judgment and commitment order filed on July 31, 2006, together with the following special condition:

     1. The defendant shall be monitored by Radio Frequency (RF) Monitoring for a period of 6 months and shall abide by all technology requirements. The government shall pay the costs of participation in the location monitoring program as directed by the court and the probation officer. This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:

     You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention). Additionally, you will receive 8 hours a week of free time when you are with your children on the weekends and 4 hours a week of free time when you are not with your children.

     DATED this 9th day of September, 2011.

                                                    BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Judge